**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

**CHRISTOPHER DISMUKE,**
ADC # 118105                                                                                           **PLAINTIFF**

V.                              CASE NO. 4:10CV00088 BSM JJV

**DOC HOLIDAY, Pulaski County
Detention Center,**                                                                                   **DEFENDANT**

## ORDER

The court has reviewed the recommended disposition submitted by Magistrate Judge Joe J. Volpe. No objections have been filed. After carefully reviewing the recommended disposition and reviewing the record *de novo*, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in its entirety in all respects.

Accordingly, this action is DISMISSED WITH PREJUDICE, all pending motions are denied as moot, and dismissal of this action shall count as a "strike" for purposes of 28 U.S.C. § 1915(g). Additionally, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any order adopting these recommendations would not be taken in good faith.

IT IS SO ORDERED this 28th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE